JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TROILO, an individual, and GARY TROILO, an individual, | CASE NO. 8:24-cv-01789-CV (DFMx) |
| Plaintiffs, vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| EDMUND FRANK KELLY and JANE DOE KELLY, husband and wife, KELLY PNEUMATICS, INC., a Nevada corporation, | |
| Defendants. | |
| EDMUND FRANK KELLY, | |
| Counterclaimant, vs. | |
| FELIX TROILO, an individual, and as trustee of the FELIX T. TROLILO SURVIVORS TRUST, and DOES 1-50, GARY TROILO, | |
| Respondents. | |

The Court, having considered the Parties' Stipulation to Dismiss with Prejudice

and good cause having been shown, hereby ORDERS as follows:

1. The action is dismissed in its entirety; and

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 4/21/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE